RECEIVED
IN LAKE CHARLES, LA

JAN 24 2013

TONY R. MOORE, CLERK
BY_____
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

KENNETH FRANCIS                         CIVIL ACTION NO. 11-2099
DOC #87595

                                        SECTION P
VS.                                     JUDGE MINALDI

LASONYA FRUGE, ET AL                    MAGISTRATE JUDGE KAY


## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 7] of the Magistrate Judge previously filed herein, and after an independent review of the record and noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH  PREJUDICE,** as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C.1915A(b)(1) and 28  U.S.C. § 1915(e)(2)(B)(i) and (ii);

**IT IS FURTHER ORDERED** that plaintiff's pendant state law claims must be dismissed without prejudice;

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order by regular mail, facsimile transmission, or e-mail to: (1) the District Clerk for the Eastern District of Texas, Tyler Division, 211 West Ferguson, Tyler, Texas, 75702, Attention: Ms. Betty Parker.

Lake Charles, Louisiana, on this the 22 day of _____, 2013.

PATRICIA MINALDI
**UNITED STATES DISTRICT JUDGE**
**UNITED STATES DISTRICT COURT**